# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SEVEN ARTS PICTURES
LOUISIANA, L.L.C.

VERSUS

LOUISIANA DEPARTMENT OF
ECONOMIC DEVELOPMENT, OFFICE
OF ENTERTAINMENT INDUSTRY
DEVELOPMENT AND STEPHEN
MORET, IN HIS CAPACITY AS
SECRETARY

NO.   2019 CW 0999

JAN 0 6 2020

---

In Re:   Seven Arts Pictures Louisiana, L.L.C., applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 624211.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED.**

                **VGW**
                **JMG**
                **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.